ALBERT WACHLIN *vs.* TOWN OF GLENCOE.

October 18, 1889.

Wachlin appealed to the district court for McLeod county from an order of the supervisors of the town of Glencoe laying out a road over his land, and he appeals from an order of *Edson*, J., granting a new trial after a verdict reversing the order of the supervisors.

*Willis, Nelson & Speel,* for appellant.

*R. H. McClelland,* for respondent.

*By the Court.* Assuming, as we may from both the record and the brief of counsel, that the court below granted a new trial on the

ground that the verdict was not justified by the evidence, the case is clearly within the rule, so often laid down by this court, that we will not reverse such an order unless we are satisfied that the preponderance of the evidence is manifestly and palpably in its favor.

Order affirmed.